# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01801-ZLW

GARY ALLEN KEMPER,

    Plaintiff,

v.

INDUSTRIAL CLAIM APPEALS OFFICE OF THE STATE OF COLORADO, et al.,
LPR CONSTRUCTION,
MILLER CONSULTING,
PINNACOL ASSURANCE, and
VAUGHAN AND DEMURO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 1 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Motion Plaintiff filed with the Court on January 17, 2007, and the Letter on June 7, 2007. The January 17, 2007, Motion is simply an attempt to file supplemental documents in the instant action. The June 7, 2007, Letter contains a request for a conference with a magistrate judge. The Court dismissed the instant action on October 6, 2003. Therefore, the Motion and the request for a conference are inappropriate and will not be considered by the Court in the instant action.

    If Mr. Kemper continues to submit inappropriate filings in the instant action he will be subject to sanctions.

Dated: June 11, 2007

Copies of this Minute Order mailed on June 11, 2007, to the following:

Gary Allen Kemper
1714 Stover Street - 3-B
Fort Collins, CO 80525

_____
Secretary/Deputy Clerk